

FILED
NOV 21 2017
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) DOCKET NO. 4:17-MJ-219 |
| | ) |
| JOHN D. ROBERTS III | ) VA 19 |
| | ) |
| | ) Court Date: December 1, 2017 |
| | ) Time: 8:30 a.m. |

CRIMINAL INFORMATION

COUNT ONE
(Misdemeanor)  Ticket No. 7247213

THE UNITED STATES ATTORNEY CHARGES:

That on or about November 17, 2017, at Fort Eustis, Virginia, on lands acquired for the use of the United States, within the special maritime and territorial jurisdiction of the United States and the Eastern District of Virginia, the defendant, JOHN D. ROBERTS III, did knowingly and unlawfully operate a motor vehicle while under the influence of alcohol, while his blood alcohol content level was greater than .08 grams per 210 liters of breath but less than .15 grams per 210 liters of breath, to wit: while his blood alcohol content was .12 grams per 210 liters of breath.  (In violation of Title 18, United

States Code, Sections 7 & 13, assimilating Code of Virginia, Section 18.2-266 and 270(A)).

By:

DANA J. BOENTE
UNITED STATES ATTORNEY

JAY KYLER
Attorney for the Government
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, Va 23606
Phone: (757) 591-4000
Fax: (757) 591-0866
Jay.c.kyler.mil@mail.mil

## CERTIFICATE OF SERVICE

I certify that on Nov 20, 2017, I served a true copy of the foregoing CRIMINAL INFORMATION on the defendant JOHN D. ROBERTS III.

/s/ JAY KYLER
Attorney for the Government
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, Va 23606
Phone: (757) 591-4000
Fax: (757) 591-0866
Jay.c.kyler.mil@mail.mil